IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**HORACE GREEN,**

    **Plaintiff,**

**vs.**                                                             **CASE NO. 5:11-cv-156/RS-EMT**

**MICHAEL J. ASTRUE,**

    **Defendant.**
_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 19). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner is **AFFIRMED**, and this action is **DISMISSED**.

3. The Clerk is directed to close the file.

**ORDERED** on June 4, 2012.

                                                     /S/ Richard Smoak
                                                   **RICHARD SMOAK**
                                                   **UNITED STATES DISTRICT JUDGE**